IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM GIBSON,  :
        Plaintiff  :
    v.  : Case No. 3:10-cv-327-KRG-KAP
BLAIR COUNTY, et al.,  :
        Defendants  :

### MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 30, 2012, docket no. 38, recommending that the defendants' motions for summary judgment, docket no. 22 and docket no. 25, be granted.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff sent correspondence, docket no. 39, essentially asking for an open-ended extension of time to find an attorney, conduct discovery, and reply to the defendants' motions, after plaintiff is released from prison. That request for an extension of time is denied.

After a de novo review of the motions and the record despite the lack of timely objections to the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of September, 2012, it is

ORDERED that the defendants' motions for summary judgment, docket no. 22, docket no. 25, are granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

William Gibson HY-1800
S.C.I. Rockview
P.O. Box A
Bellefonte, PA 16823-0820